UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

BOARD OF REGENTS OF EASTERN NEW
MEXICO UNIVERSITY,

    Plaintiff,

v.                                             No. CIV-11-00252 DJS/CG

CHF-ROSWELL, LLC; BANCO SANTANDER,
INTERNATIONAL, f/k/a SOVEREIGN BANK;
and REGIONS BANK,

    Defendants.

### ORDER ADMITTING MARK N. OSBORN

**THIS MATTER** comes before the Court on the Motion of Robert E. Sabin for an Order admitting Mark N. Osborn, *Pro Hac Vice*, to practice before the Court in connection with the above-referenced action. (Doc. 5). The Court, having considered the Motion, noting that it is unopposed, and otherwise being fully informed in the premises, finds that the Motion is well-taken.

**IT IS HEREBY ORDERED** that Mark N. Osborn, is hereby admitted, *Pro Hac Vice*, to practice before the Court on behalf of Plaintiff in the above-referenced action.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

ATWOOD, MALONE, TURNER & SABIN, P.A.


By **/s/ Robert E. Sabin**
      Robert E. Sabin
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Plaintiff*